MICHALINA RYBCZYNSKI, Respondent, v. CHICAGO FRATERNAL LIFE ASSO-CIATION, Appellant.— Judgment affirmed, with costs. All concur. Present — 'HUBBS, P. J., Sears, Crouch, Taylor and Sawyer, JJ. [131 Misc. 228.]

SENECA FURNITURE CORPORATION, Respondent, v. THE MILLERS MUTUAL FIRE INSURANCE COMPANY OF TEXAS, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

CLAUDE A. ALLEN, Respondent, v. THE STATE OF NEW YORK, Appellant (Claim No. 16533).— Judgment affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

JOHN FURGOL and WALTER BABULA, as Administrators, etc., of WOJCIECH BABULA, etc., Deceased, Respondents, v. METROPOLITAN LIFE INSURANCE COM-PANY, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

HYGEIA NURSING BOTTLE COMPANY, INC., Respondent, v. WILSON F. STURM, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ROSE WEINER, Appellant, v. CLOVERLAND DAIRY Co., INC., Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide event, on the ground that the questions of the defendant's negligence and of the plaintiff's contributory negligence were questions of fact which should have been submitted to the jury. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

HENRY J. BAUER, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MARY BAUER, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ELIZABETH GREENAUER, as Administratrix, etc., of EDWARD C. GREENAUER, Deceased, Respondent, v. SHERIDAN-BRENNAN REALTY COMPANY and JEREMIAH M. BRENNAN, Appellants.— Order affirmed, with ten dollars costs and disburse-ments. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.